■ In the Matter of DENNIS J. McLAUGHLIN, a Disbarred Attorney. [718 NYS2d 166] —Petition for reinstatement withdrawn

and this Court's order entered on April 25, 2000 (271 AD2d 365) recalled and vacated. No opinion. Concur—Sullivan, P. J., Wallach, Rubin, Andrias and Friedman, JJ.